

# CRIMINAL DOCKET – U.S. District Court

JUDGE/MAGISTRATE Assigned U.S. 9043 — GASCH, J.

- PETTY OFFENSE PO
- OTHER MINOR OFFENSE MO
- OTHER MISDEMEANOR Mis
- FELONY Fel **X**  District/Office 090 1

vs. DOWELL, JERRERY A.
1340 A. St. SE
(LAST, FIRST, MIDDLE) PR ≠ c

DOB: 12-5-52
Case Filed: 3-11 / 76
No. of Def's: 2
JUVENILE

Docket No: 76 - 108 - 1
U.S. MAG. CASE NO. ▶ 76-180Mcr

| U.S. TITLE/SECTION | OFFENSES CHARGED | ORIGINAL COUNTS |
|---|---|---|
| 18 - 2113 (a) | Ent/bank/int/rob | Ct. 1 — 1 |
| 2113 (a) | Bank/Rob | Ct. 3 — 1 |
| 22 DCC 2902 | Attmpt/Rob | Ct. 2 — 1 |
| 2901 | Robbery | Ct. 4 — 1 |

PDID

BAIL • RELEASE
- Denied AMT — Fugitive
- **X** Pers. Recog.
- Set — PSA
- $ 600 — conditions
- Date 2-9-76
- 10% Deposit
- Surety Bond
- Bail Not Made / Collateral
- Status Changed / 3rd Prty Cust / Other

## II. KEY DATES & INTERVALS

**ARREST or U.S. Custody Began:** 2-6-76
**INDICTMENT** X — Information: 3-11-76
Indict. Waived / Superseding Indict/Info
In Charging District

**ARRAIGNMENT** — 1st Plea: NG / G / NOL; Final Plea: G Plea / W/Drawn; NG / G / NOL

**TRIAL** — Trial Set For / Voir Dire / Trial Began / Trial Ended

**SENTENCE** — Disposition of Charges
- Convicted / Acquitted / Dismissed
- On All Charges / On Lesser Offense(s) / WOP / WP
- On Governm'ts Motion

### MAGISTRATE

Search Warrant — Issued / Return
Summons — Issued / Served
Arrest Warrant Issued
COMPLAINT ▶
OFFENSE (In Complaint)

INITIAL APPEARANCE DATE ▶
PRELIMINARY EXAMINATION — Date Scheduled
OR REMOVAL HEARING — Date Held
WAIVED / NOT WAIVED / INTERVENING INDICTMENT
Tape Number

OUTCOME:
- DISMISSED
- HELD FOR GJ OR OTHER PROCEEDING IN THIS DISTRICT
- HELD FOR GJ OR OTHER PROCEEDING IN DISTRICT BELOW

U.S. Attorney or Asst: **McGuire**

ATTORNEYS — Defense: CJA / Ret / Waived / Self / None / Other / PD / CD
Alan Bayles
1707 L. St. NW
296-0993

* Show last names and suffix numbers of other defendants on same indictment/information:
WOODALL -2

**CASE CLOSED**

| DATE | (DOCUMENT NO.) / PROCEEDINGS | EXCLUDABLE DELAY (a)(b)(c)(d) |
|---|---|---|
| **1976** | | |
| Mar 11 | INDICTMENT FILED (4 Counts) ORDER dated 2-12-76 appointing Alan Bayles Counsel for Deft nunc pro tunc 2-9-76, oral affidavit Voucher #314073. DWYER, MAG. | |
| Mar 22 | ARRAIGNMENT: PLEA NOT GUILTY entered; status hearing set for April 2, 1976 at 9:30 A.M., Trial set for April 19, 1976. Rep. N. Sokal     GASCH, J. | |
| Mar 29 | MOTION of Deft to sever Indictment and suppress lineup identification. P & A. c/m | |
| Apr 2 | STATUS HEARING: Continued for further status hearing on 4-12-76 at 9:30 A.M.; Trial set for 4-19-76 at 9:30 A.M. bond. Rep. D. Duschaine     GASCH, J. | |

CONTINUED

FORM AO-256

OPPOSITE THE APPLICABLE DOCKET ENTRIES SHOW IN COLUMN V, ANY OCCURRENCE OF EXCLUDABLE DELAY PER 18 U.S.C. § 3161(h)

| DATE | IV. PROCEEDINGS (continued) — (DOCUMENT NO.) — PAGE TWO | V. EXCLUDABLE DELAY |
|---|---|---|
| | | Interval Section (a) / Start Date End Date (b) / Ltr. Code (c) / Total Days (d) |
| **1976** Apr 12 | STATUS HEARING: PLEA NOT GUILTY withdrawn; PLEA GUILTY entered to Count 2 (attempted robbery) and to Count 3 attempted bank robbery, referred, committed pursuant to 18 USC 5010 (e), for sixty (60) day study and evaluation; Court recommends Ashland, Kentucky. Rep. J. Blair                GASCH, J. | |
| Apr 12 | ORDER committing Deft. pursuant to Title 18 USC 5010 (e), F.Y.C.A. for sixty (60) day period of study and evaluation, Court recommends Ashland, Kentucky. (N).                GASCH, J | |
| May 13 | REQUEST from Warden, Ashland, Kentucky for extension of time to complete study and evaluation, Granted. (fiat) (N)                GASCH, J. | |
| July 21 | COMMITTED pursuant to provision of Federal Youth Correction Act, T 18:5010(b); concurrent with any sentence now being served; remaining counts dismissed. Court recommends Ashland, Kentucky. Rep: J. Blair                GASCH, J. | |
| July 21 | JUDGMENT & COMMITMENT.                GASCH, J. | |
| **1977** Feb. 9 | TRANSCRIPT of proceedings of 4-2-76; pages 1-8; Rep: D. Duschaine | |
| **1981** Nov 12 | CERTIFICATE dated 11-9-81 from U.S. Parole Commission setting aside conviction pursuant to Title 18 U.S.C. 5021. | |

LETTER CODES — For identifying Periods of Excludable Delay Per 18 U.S.C. 3161(h)

A. Examination or hearing for mental or physical incapacity (18 U.S.C. 4244).
B. NARA Examination (28 U.S.C. 2902).
C. State or Federal trials on other charges.
D. Interlocutory Appeals.
E. Hearings on pretrial motions.
F. Transfers from other districts (per F.R.Cr.P. Rules 20, 21 & 40).
G. Defendant Motion is actually under advisement. Period of up to 30 days is excludable per 3161(h)(1)(G).
H. Miscellaneous Proceedings: Probation or Parole revocation, Deportation, Extradition.
I. Prosecution deferred by mutual agreement.
M. Unavailability of defendant or essential witness.
N. Period of mental or physical incompetence of defendant to stand trial.
O. Period of NARA Commitment or Treatment.
P. Superseding indictment and/or new charges.
R. Defendant awaiting trial of Co-defendant when no severance has been granted.
T. Continuances Granted per 3161(h)(8) (i.e. ends of justice or complexity of case outweighs defendants interests).
U. Time between guilty plea and plea withdrawal.
W. Grand Jury indictment extended per 3161(b).

| FINE AND RESTITUTION PAYMENTS | | | | | |
|---|---|---|---|---|---|
| DATE | RECEIPT NUMBER | C.D. NUMBER | DATE | RECEIPT NUMBER | C.D. NUMBER |
| | | | | | |
| | | | | | |
| | | | | | |

CRIMINAL DOCKET — U.S. District Court

| | | | | | | |
|---|---|---|---|---|---|---|
| PETTY OFFENSE PO ☐ | JUDGE/MAGISTRATE Assigned | vs. | WOODALL, LARRY J. | Case Filed Mo. Day | | GASCH, J. |
| OTHER MINOR OFFENSE MO ☐ | 9043 | | 330 19th St., NE | 12/10/53  3  11 | | 76 - 108 - 2 |
| OTHER MISDEMEANOR Mis ☐ | Disp./Sentence | | | No. of Def's | Yr | Docket No. Def |
| FELONY Fel ☒ | 090 1 District Office | | (LAST, FIRST, MIDDLE)   PR+c | JUVENILE * 2 | | U.S. MAG CASE NO. ▶ 76-180Mcr |

| U.S. TITLE/SECTION | OFFENSES CHARGED | | ORIGINAL COUNTS | BAIL • RELEASE |
|---|---|---|---|---|
| 18 - 2113(a) | Bank/Rob | Ct. 3 | 1 | Denied ☐  AMT ☐ Fugitive  Set ☐  ☒ Pers. Recog  ☐ PSA |
| 22 DCC 2901 | Robbery | Ct. 4 | 1 | $ 000  conditions  Date 2/9/76  ☐ 10% Deposit ☐ Surety Bond ☐ Collateral ☐ Bail Not Made  ☐ Status Changed (See Docket)  ☐ 3rd Pty Cust  ☐ Other |

PDID 264011  Gerald Robbins a/c 1925 N.Calvert SUPERSEDING COUNTS
                A 1., Va. 528-7392

II. KEY DATES & INTERVALS

| ARREST or | INDICTMENT ☒ | ARRAIGNMENT | TRIAL | SENTENCE |
|---|---|---|---|---|
| U.S. Custody Began 2/6/76 | High Risk Date | Information ☐ 3/11/76 | Trial Set For | Voir Dire | Disposition of Charges |
| Summons Served | Indict. Waived ☐ | 1st Plea  ☐ NG ☐ G ☐ NOL | Trial Began ☐ J ☐ N | ☐ Convicted  ☐ On All Charges  ☐ On Lesser Offense(s) |
| First Appearance | In Charging District | Superseding ☐ Indict/Info ☐ | Final Plea { G. Plea / W/Drawn }  ☐ NG ☐ G ☐ NOL | Trial Ended ☐ J | ☐ Acquitted  ☐ Dismissed ☐ WOP ☐ WP  ☐ On Gov'nm'ts Motion |

MAGISTRATE

| Search Warrant | Issued / Return | DATE | INITIAL/NO. | INITIAL APPEARANCE DATE ▶ | INITIAL/NO. | OUTCOME: ☐ DISMISSED |
|---|---|---|---|---|---|---|
| Summons | Issued / Served | | | PRELIMINARY EXAMINATION { Date Scheduled } OR REMOVAL HEARING ☐ { Date Held } | | ☐ HELD FOR GJ OR OTHER PROCEEDING IN THIS DISTRICT |
| Arrest Warrant Issued COMPLAINT ▶ | | | | ☐ WAIVED ☐ NOT WAIVED  ☐ INTERVENING INDICTMENT  Tape Number | | ☐ HELD FOR GJ OR OTHER PROCEEDING IN DISTRICT BELOW |
| OFFENSE (In Complaint) | | | | | | |

U.S. Attorney or Asst.   McGuire

ATTORNEYS   Michael Geltner (appeal)
Defense: ☐ CJA ☐ Ret ☐ Waived ☐ Self ☐ None / Other: ☐ PD ☐ CD

---

**CASE CLOSED**

DOWELL-1

| DATE 1976 | (DOCUMENT NO.) | PROCEEDINGS | EXCLUDABLE DELAY (a) (b) (c) (d) |
|---|---|---|---|
| Mar 11 | | INDICTMENT FILED (4 Counts) ORDER dated 2/12/76 appointing Gerald Robbins as counsel for deft.; nunc pro tunc 2/9/76; oral affidavit. #314072.   DWYER, MAG. | |
| Mar. 22 | | ARRAIGNED: PLEA NOT GUILTY entered; Status Hearing set for April 2 1976 at 9:30 a.m.; trial set for April 19, 1976 at 9:30 A.M.; bond.  Rep.-N. Sokal                                                                  GASCH, J. | |
| Apr. 2 | | STATUS HEARING: Continued for further Status Hearing on 4/12/76 at 9:30 a.m.; trial set for 4/19/76 at 9:30 a.m.; Bond.  Rep.-D. Duschaine                                                                  GASCH, J. | |
| Apr 2 | | MOTION of Deft for severance. P/A C/S | |
| | | CONTINUED | |

FORM AO-256

| DATE | 76-108 (DOCUMENT NO.) | IV. PROCEEDINGS (continued) PAGE TWO | V. EXCLUDABLE DELAY Interval Section (a) | Start Date End Date (b) | Ltr Code (c) | Total Days (d) |
|---|---|---|---|---|---|---|

1976

Apr. 12 — JURY selection scheduled for 4/15/76 at 4:00 p.m.; TRIAL set for 4/20/76 at 9:30 a.m.; bond.
Rep.-J. Blair                                                    GASCH, J.

\*

Apr. 20 — ORAL motion of deft to suppress evidence heard and denied, jury and 6 alternates sworn, court excuses three jurors, respited until 9:30 A.M. 4-21-76, bond.
Rep. J. Blair                                                    GASCH, J.

\*Apr. 15 — JURY AND Six(6) alternates selected; respited until 9:30 A.M. 4-20-76, bond.
Rep. R. Weber                                                    GASCH, J.

Apr. 21 — TRIAL resumed; same jury and three (3) alternates; three (3) alternates excused;
VERDICT: Guilty on Count 3 (Bank Robbery); Court instructed jury not to consider Count 4 if a finding of guilty as to Count 3; jury polled; discharged;
Deft. referred and committed pursuant to 18 USC 5010(e), F.Y.C.A., for a sixty (60) day period of Study and Evaluation; Court Recommends Petersburg, Virginia.
Rep.-J. Blair                                                    GASCH, J.

May 17 — REQUEST from Warden at Ashland, Kentucky for extension of time to complete study and evaluation pursuant to FYCA, 18 USC 5010(e), GRANTED. (fiat) (N)                                              GASCH, J.

July 23 — COMMITTED pursuant to provisions of F.Y.C.A., Title 18, USC 5010b; concurrent with any sentence now being served; Court recommends Petersburg, Va.
Rep: J. Blair                                                    GASCH, J.

July 23 — JUDGMENT & COMMITMENT.                                  GASCH, J.

Aug. 2 — NOTICE of Appeal from sentence of 7/23/76.

Aug. 6 — COPY of Docket Entries sent to U.S.C.A., U.S. Atty.
COPY of Notice of Appeal sent to U.S.C.A., U.S. Atty., Deft., Atty.

Aug. 10 — ORDER referring appointment of counsel to U.S.C.A. for the District of Columbia Circuit as authorized by the Judicial Council of this Circuit on 10/12/62. (N)                                                          JONES, C.J.

(CONTINUED)

| FINE AND RESTITUTION PAYMENTS | | | | | |
|---|---|---|---|---|---|
| DATE | RECEIPT NUMBER | C.D. NUMBER | DATE | RECEIPT NUMBER | C.D. NUMBER |
| | | | | | |
| | | | | | |
| | | | | | |

# CRIMINAL DOCKET

## United States District Court for the District of Columbia

United States vs. #2: LARRY J. WOODALL   Cr. No. 76-108   Supplemental Page No. 1

| Date | | Proceedings |
|---|---|---|
| 1976 | | |
| Aug. | 17 | CERTIFIED COPY of Order, U.S.C.A., entered 8/16/76 appointing Michael Geltner counsel; and, directing Clerk, U.S.D.C., to transmit record on appeal as soon after filing of transcripts as business of office permits. |
| * | | |
| Sept. | 13 | RECORD on Appeal delivered U.S.C.A.; Receipt Acknowledged. (76-1751) |
| *Sept | 9 | ORDER dated 9/9/76 authorizing transcript of proceedings of 4/20/76 and 4/21/76; Rep.-J. Blair. |
| | | #99384                                    GASCH, J. |
| *Sept. | 9 | ORDER dated 9/9/76 authorizing transcript of proceedings of 4/15/76; Rep.-R. Weber.      (CANCELLED--9/14/76) |
| | | #99394                                    GASCH, J. |
| Sept. | 20 | ORDER dated 9/17/76 authorizing transcript of proceedings of 4/12/76 and 7/23/76; Rep.-J. Blair. |
| | | #99428                                    GASCH, J. |
| Oct. | 18 | ORDER dated 10-15-76 authorizing transcript of proceeding of 4-2-76; Rep: D. Duschaine    #99427                GASCH, J. |
| Oct. | 18 | ORDER dated 10-15-76 authorizing transcript of proceedings of 3-22-76 Rep: N. Sokal       #99424                GASCH, J. |
| Oct | 19 | TRANSCRIPT of proceedings of 4/20/76; pages 1-220; Rep:J.Blair |
| | | TRANSCRIPT of proceedings of 4/21/76; pages 221-338; Rep:J.Blair |
| Oct | 20 | SUPPLEMENTAL record on appeal delivered to USCA; Receipt Acknowledged. (76-1751) |
| Oct. | 28 | TRANSCRIPT of proceedings of 3-22-76; pages 1-6; Rep: N. Sokal |
| Oct. | 29 | SUPPLEMENTAL record on Appeal delivered to U.S.C.A; receipt acknowledged. (76-1751) |
| Oct. | 29 | TRANSCRIPT of proceedings of 4-12-76; pages 1-3; Rep: J. Blair. (CONTINUED) |

# CRIMINAL DOCKET

## United States District Court for the District of Columbia

#2:

United States vs/ LARRY J. WOODALL    Cr. No. 76-108    Supplemental Page No. 2

| Date | | Proceedings |
|---|---|---|
| 1976 | | |
| Oct. | 29 | TRANSCRIPT of proceedings of 7-23-76; pages 1-8; Rep: J. Blair. |
| Nov | 12 | SUPPLEMENTA L record on appeal delivered to USCA; receipt acknowledged. (USCA 76-1751) |
| 1977 | | |
| Jan | 21 | MOTION for release pending appeal, attachments 1,2, C/S |
| Feb. | 9 | TRANSCRIPT of proceedings of 4-2-76; pages 1-8; Rep: D. Duschaine |
| Feb. | 10 | SUPPLEMENTAL Record on Appeal delivered to U.S.C.A. receipt acknowledged USCA 76-1751 |
| Feb | 11 | OPPOSITION of Govt to defts motion for bail pending appeal. C/S |
| Feb. | 24 | MEMORANDUM - ORDER denying motion for bond pending appeal. (N)   GASCH,J. |
| Mar. | 7 | MOTION of deft. for leave to file stipulation and exhibit; exhibit; c/m. |
| Mar. | 18 | ORDER dated 3-18-77 directing that a copy of Exhibit 9 at Trial be filed and transmitted to the U.S.C.A. as part of the record on appeal. (N)   GASCH, J. |
| Mar. | 18 | COPY of Exhibit 9 at Trial, filed pursuant to Order of 3-18-77. |
| Mar. | 24 | SUPPLEMENTAL Record on Appeal delivered U.S.C.A.; receipt acknowledged. (76-1751) |
| Nov. | 4 | CERTIFIED Copy of Judgment U.S.C.A. dated 3-22-77 affirming the Judgment of the District Court. |
| Apr | 20 | TRANSMITTAL letter from USCA returning original record; five original supplemental records containing 6 volumes of transcript; receipt acknowledged (76-1751) |

CONTINUED: